# United States District Court

EASTERN DISTRICT OF WISCONSIN

**JUDGMENT IN A CIVIL CASE**

**THOMAS E. BORNHOFER,**

        Plaintiff,

    V.        CASE NUMBER: **03-C-1473**

**JO ANNE BARNHART**
**Commissioner of Social Security Administration,**

        Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came on for consideration and a decision has been rendered.

IT IS ORDERED AND ADJUDGED **that the final decision of the Commissioner of the Social Security Administration denying Thomas E. Bornhofer's application for disability insurance benefits filed August 31, 2001 is AFFIRMED. This case is hereby DISMISSED.**

    September 30, 2005        SOFRON B. NEDILSKY
Date        Clerk

        s/ Linda M. Zik
        (By) Deputy Clerk